UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-21050-CIV-UNGARO-BENAGES

FEDERAL TRADE COMMISSION,
    Plaintiff,

v.

CAPITAL CHOICE CONSUMER
CREDIT, INC., et al.,
    Defendants.
_____/

FILED by ___ D.C.
FEB 2 0 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA · MIAMI

## ORDER AFFIRMING MAGISTRATE'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

THIS CAUSE is before the Court upon Plaintiff Federal Trade Commission's Motion for an Order to Show Cause Why a Preliminary Injunction Should Not Issue Against Defendants Capital Choice Consumer Credit, Inc., Millennium Communications and Fulfillment, Inc., Ecommex Corp., Hartford Auto Club, Inc., Ricardo E. Martinez, Johnnie Smith and Wilfredo Lugo, dated September 13, 2002.

THE MATTER was referred to the Honorable Stephen T. Brown, United States Magistrate Judge, who reviewed the motion and held an evidentiary hearing on October 15 and October 16, 2002. Magistrate Judge Brown issued Findings of Fact and Conclusions of Law on January 29, 2003. No objections were filed.

THE COURT has conducted a *de novo* review of the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Brown's Findings of Fact and Conclusions of Law are RATIFIED, AFFIRMED, AND APPROVED. It is further

ORDERED AND ADJUDGED that Plaintiff's motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of February, 2003.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Brown
counsel of record